**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 JUL 22 PM 4:57

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR 262 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 922(g)(1) and 924(a)(2) |
| | 18 U.S.C. §1512(b)(3) |
| KEVIN JOHNSON and SAMUEL BROOKINS, | 18 U.S.C. §3 |
| Defendants. | |

The Grand Jury Charges:

## COUNT I

On or about May 2, 2014, in the District of Nebraska, KEVIN JOHNSON, Defendant herein, having been convicted on or about January 18, 2012, in the United States District Court, District of Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Short Shotgun, Class IV Felony, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Springfield XD 9mm handgun.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT II

On or about May 2, 2014, in the District of Nebraska, KEVIN JOHNSON, Defendant herein, did knowingly attempt to intimidate, threaten, corruptly persuade, and engage in misleading conduct toward, R.T., by encouraging R.T. to lie to law enforcement and state that a Springfield XD 9mm handgun found by officers belonged to R.T., with the intent to hinder, delay, or prevent the communication to federal law enforcement officers and a judge of the United States

of information relating to the commission of a Federal offense, to wit: possession of a firearm by a prohibited person in violation of Title 18, United States Code, Section 922(g)(1) and a violation of conditions of supervised release.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT III

On or about May 3, 2014, in the District of Nebraska, KEVIN JOHNSON, Defendant herein, did knowingly attempt to and did intimidate, threaten, corruptly persuade, and engage in misleading conduct toward, Samuel Brookins, by encouraging Samuel Brookins to lie to law enforcement and state that a Springfield XD 9mm handgun found by officers belonged to Samuel Brookins, with the intent to hinder, delay, or prevent the communication to federal law enforcement officers and a judge of the United States of information relating to the commission of a Federal offense, to wit: possession of a firearm by a prohibited person in violation of Title 18, United States Code, Section 922(g)(1) and a violation of conditions of supervised release.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT IV

On or about May 3, 2014, in the District of Nebraska, SAMUAL BROOKINS, Defendant herein, knowing that an offense against the United States has been committed to wit:   to wit: possession of a firearm by a prohibited person in violation of Title 18, United States Code, Section 922(g)(1), did receive, relieve, comfort, and assist the offender, Kevin Johnson, in order to hinder and prevent the offender's apprehension, trial and punishment.

In violation of Title 18, United States Code, Section 3.



A TRUE BILL:

_____
FOREPERSON

*(signature)*
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

*(signature)*
MEREDITH B. TYRAKOSKI
Assistant United States Attorney