## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR262 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL BROOKINS, | ) | ORDER |
| KEVIN JOHNSON, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant Samuel Brookins' unopposed Motion to Continue Trial Date [26] as counsel needs additional time to investigate the issues and to explore plea negotiations. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial [26] is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 23, 2014 is continued to **October 28, 2014.**

2**.** Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 28, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 11, 2014.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**