IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                      **8:14CR262**

        vs.

KEVIN JOHNSON,                                          **ORDER ON APPEARANCE FOR**
**SUPERVISED RELEASE VIOLATION**

                    Defendant.

        The defendant appeared before the Court on August 4, 2020 regarding Petition for Offender
Under Supervision [73].  Kelly Steenbock represented the defendant.  Matt Lierman represented the
government.  The defendant was advised of the alleged violation(s) of supervised release, right to
retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal
Rule of Criminal Procedure 32.1(a)(3).

        The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary
hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to
believe the defendant violated the terms of supervised release and the defendant should be held to
answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear
personally for a final dispositional hearing before Senior U.S. District Judge Laurie Smith Camp in
Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at
11:30 a.m. on September 17, 2020.

        The government moved for detention based upon risk of flight and danger.  The defendant is
not in federal custody and requests a detention hearing upon coming into federal custody.  The
defendant shall be afforded the right to a detention hearing upon coming into federal custody and the
government's motion for detention is held in abeyance.

        The defendant shall be returned to the custody of Nebraska state authorities pending the final
disposition of this matter.  The U.S. Marshal for the District of Nebraska is directed to place a detainer
with the correctional officer having custody of the defendant.

        **IT IS SO ORDERED**.


        Dated this 4th day of August, 2020.


                                    BY THE COURT:

                                    s/ Susan M. Bazis
                                    United States Magistrate Judge